# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WISE, TRACEY N. | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF KENTUCKY | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE, ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

300 COMMUNITY TRUST BUILDING
100 EAST VINE STREET
LEXINGTON, KY 40507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Angelucci Acoustical, Inc. - Construction |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cincinnati Bar Association | 8/22-8/23/2013 | Cincinnati, OH | Non-FJC Educational Seminar or program | Lodging/Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Bank & Trust Company | Mortgage Loan - Rental Property | L |
| 2. | Cimarron Mortgage | Mortgage Loan - Rental Property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Central Bank & Trust Co. (Checking) | A | Interest | J | T | | | | | |
| 2. Central Bank & Trust Co. (Money Market) | A | Interest | M | T | Spinoff (from line 3) | 12/27/13 | M | | |
| 3. Central Bank & Trust Co. (Money Market | B | Interest | | | Closed | 12/27/13 | M | | |
| 4. UBS Financial Services (Money Market) | B | Int./Div. | O | T | Spinoff (from line 3) | 09/06/13 | M | | |
| 5. - Ishares Trust Core S&P 500 ETF | A | Int./Div. | K | T | Buy | 09/20/13 | J | | |
| 6. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 7. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 8. - Ishares Russell 1000 ETF | A | Int./Div. | K | T | Buy | 09/20/13 | J | | |
| 9. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 10. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 11. - Ishares Russell 2000 ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 12. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 13. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 14. - Ishares Trust Core S&P Mid-Cap ETF | A | Int./Div. | K | T | Buy | 09/20/13 | J | | |
| 15. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 16. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 17. - Ishares U.S Financial Services ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 19. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 20.   - Ishares MSCI Eafe Small Cap ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 21. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 22. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 23.   - Technology Sector SPDR Trust SHS | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 24. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 25. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 26.   - Vanguard REIT ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 27. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 28. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 29.   - Vanguard Sector Index FD Vanguard Health Care ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 30. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 31. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 32.   - Vanguard Energy ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 33. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 34. | | | | | Buy (add'l) | 10/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard FTSE Emerging Markets ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 36. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 37. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 38. - Vanguard FTSE Developed MKT ETF | A | Int./Div. | K | T | Buy | 09/20/13 | J | | |
| 39. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 40. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 41. - Vanguard Divid Appreciation ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 42. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 43. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 44. - Vanguard Total INTL Stock ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 45. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 46. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 47. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 48. - Ishares Short Term Natl AMT Free Muni Bond ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 49. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 50. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 51. - Ishares Floating Rate Bond ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 53. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 54.   - Pimco Enhanced Short Mat Exchange-Traded FD | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 55. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 56. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 57.   - Pimco Total Return ETF | A | Int./Div. | K | T | Buy | 09/20/13 | J | | |
| 58. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 59. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 60.   - Vanguard Short Term Corporate Bd ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 61. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 62. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 63.   - Vanguard BD Index FD Inc Short | A | Int./Div. | J | T | Buy | 10/09/13 | J | | |
| 64.   - Vanguard Short-term Inflation Protected SEC Index FD ETF | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 65. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 66. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 67.   - American High-Income Municipal Bond F-1 | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 68. | | | | | Buy (add'l) | 10/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 70.   - Doubleline Core Fixed Income Fund Class N | A | Int./Div. | J | T | Buy | 10/09/13 | J | | |
| 71.   - Fidelity Advisor Intermediate Municipal Income Fund A | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 72. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 73. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 74.   - Templeton Global Total Return Class A | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 75. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 76. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 77.   - Wells Fargo Advantage Short/Term High Yield Bond Fund Class A | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 78. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 79. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 80.   - BlackRock Global Long/Short Credit Fund A | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 81. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 82. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 83.   - Ishares Gold Trust ETF | | | | | Buy | 09/20/13 | J | | |
| 84. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 85. | | | | | Buy (add'l) | 10/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/27/13 | J | A | |
| 87. - Ishares Silver Trust | | | | | Buy | 09/20/13 | J | | |
| 88. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 89. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 90. | | | | | Sold | 12/27/13 | J | A | |
| 91. UBS Financial Services (Traditional IRA fka SEP IRA) | D | Int./Div. | O | T | | | | | |
| 92. - Ishares Trust Core S&P 500 ETF (fka Ishares Trust S&P) | B | Int./Div. | L | T | | | | | |
| 93. - Ishares Russell 2000 ETF (fka Ishares Trust Russell 2000 Index) | A | Int./Div. | K | T | | | | | |
| 94. - Ishares Trust Core S&P Mid-Cap ETF (fka Ishares Trust Mi) | A | Int./Div. | L | T | | | | | |
| 95. - Ishares MSCI EAFE ETF (Ishares MSCI EAFE Index Fund) | A | Int./Div. | K | T | | | | | |
| 96. - Ishares North Amern Nat Resources ETF (fka Ishares S&P North Amer) | A | Int./Div. | J | T | | | | | |
| 97. - Ishares Trust S&P Latin Amer 40 Index Fund | | | | | Sold | 01/11/13 | J | A | |
| 98. - Ishares MSCI EAFE Small Cap ETF (fka Ishares MSCI EAFE Small Cap) | A | Int./Div. | J | T | | | | | |
| 99. - Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 100. - Vanguard FTSE Emerging Markets ETF (fka Vanguard MSCI Emerging) | A | Int./Div. | J | T | | | | | |
| 101. - Vanguard Divid Appreciation ETF | A | Int./Div. | K | T | | | | | |
| 102. - Ishares TR Core Total US Bond Mkt ETF (fka Ishares Barcl) | | | | | Sold | 08/26/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Ishares Tips Bond ETF (fka Ishares Barclays Tips Bond Fund) | | | | | Sold | 08/29/13 | K | A | |
| 104. - Ishares Iboxx High Yield Corporate Bond ETF (fka Ishares Iboxx) | B | Int./Div. | K | T | | | | | |
| 105. - Vanguard Short Term Corporate BD ETF | B | Int./Div. | M | T | | | | | |
| 106. - Vanguard BD Index Fd Inc Total Bond Mkt ETF | | | | | Sold | 08/23/13 | K | A | |
| 107. - Vanguard BD Index Fd Inc Short Term Bond ETF | B | Int./Div. | M | T | | | | | |
| 108. - Ishares Gold Trust ETF | | | | | Sold | 12/27/13 | J | A | |
| 109. - Vanguard Energy ETF | A | Int./Div. | J | T | | | | | |
| 110. - Berkshire Hathaway Inc New CL B | | | | | Sold | 05/02/13 | J | B | |
| 111. - Ishares Russell 1000 ETF (fka Ishares Trust Russell 1000 Index) | A | Int./Div. | J | T | | | | | |
| 112. - Ishares U.S Financial Services ETF (fka Ishares Trust Dow Jones) | A | Int./Div. | K | T | | | | | |
| 113. - Technology Sector SPDR Trust SHS | A | Int./Div. | J | T | | | | | |
| 114. - Vanguard Sector Index FD Vanguard Health Care ETF | A | Int./Div. | J | T | Buy | 01/11/13 | J | | |
| 115. - Vanguard Total Intl Stock ETF | A | Int./Div. | J | T | Buy | 03/01/13 | J | | |
| 116. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 117. - Pimco Total Return ETF | B | Int./Div. | L | T | Buy | 08/23/13 | K | | |
| 118. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 119. | | | | | Buy (add'l) | 08/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 121. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 122. - Vanguard Short-term Inflation Protected SEC Index FD ETF | A | Int./Div. | K | T | Buy | 08/29/13 | J | | |
| 123. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 124. - Vanguard FTSE Europe ETF | | | | | Buy | 02/01/13 | J | | |
| 125. | | | | | Sold | 03/01/13 | J | A | |
| 126. UBS Financial Services Brokerage Account | B | Int./Div. | L | T | | | | | |
| 127. - Vanguard Index Funds Vanguard Small CAP ETF | A | Int./Div. | K | T | | | | | |
| 128. - Vanguard Index Funds Vanguard Large CAP ETF | A | Int./Div. | K | T | Sold (part) | 05/13/13 | J | C | |
| 129. - Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 130. - Vanguard INTL Equity Index FD INC FSTE All World-EX-US | A | Int./Div. | J | T | | | | | |
| 131. - Ishares MSCI Mexico Capped ETF | A | Int./Div. | J | T | Buy | 05/13/13 | J | | |
| 132. Merrill Lynch - Angelucci Acoustics Inc SEP | C | Int./Div. | L | T | | | | | |
| 133. - American AMCAP CL B | A | Int./Div. | K | T | | | | | |
| 134. - American Growth Fund of America Cl B | A | Int./Div. | J | T | | | | | |
| 135. - American Growth Fund of America Cl A | A | Int./Div. | J | T | | | | | |
| 136. - Blackrock Value | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Blackrock Global | A | Int./Div. | J | T | | | | | |
| 138. Rental Property,          Shelby County, KY | D | Rent | M | W | | | | | |
| 139. Rental Property,          Fayette County, KY | D | Rent | M | W | | | | | |
| 140. Symetra Life Insurnace Company (Annuity) | C | Interest | | | Closed | 10/22/13 | N | | |
| 141. BB&T (Savings) (Y) | | | | | | | | | |
| 142. Poppin Angels LLC | | None | J | T | | | | | |
| 143. Jackson National Life Insurance Company (Annuity) | D | Interest | N | T | Spinoff (from line 140) | 10/28/13 | N | | |
| 144. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **TRACEY N. WISE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544